■ In the Matter of STEPHEN ROBINSON, Petitioner, v MEGAN TALLMER et al., Respondents. [972 NYS2d 140]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, and said proceeding having been heard, and due deliberation having been had thereon, and upon the submission of the parties, it is unanimously ordered that the application be and the same hereby is deemed withdrawn, without costs or disbursements. Concur—Friedman, J.P., Freedman, Richter, Feinman and Gische, JJ.

■ MARK LYMAN, Respondent-Appellant, et al., Plaintiff, v FRANK GENEVIVE et al., Defendants, and ROBERT CAMPAGNA et al., Appellants-Respondents. [971 NYS2d 440]—Appeals having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Richard F. Braun, J.), entered on or about December 20, 2011, and said appeals having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated August 29, 2013, it is unanimously ordered that said appeals be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Tom, J.P., Acosta, Saxe, Freedman and Feinman, JJ.